# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-60744

United States Court of Appeals
Fifth Circuit

**FILED**

September 10, 2019

Lyle W. Cayce
Clerk

VALERIE DENECE HARRIS,

Plaintiff−Appellant,

versus

NOXUBEE COUNTY, MISSISSIPPI; BETTY S. ROBINSON,

Defendants−Appellees.

Appeal from the United States District Court
for the Southern District of Mississippi
No. 3-17-CV-291

Before SMITH, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Valerie Harris sued her former employer, Noxubee County, and its Tax Assessor and Collector after being fired for refusing to sign a nondisclosure agreement. Using 42 U.S.C. § 1983, Harris claimed violation of her First

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-60744

Amendment rights, alleging that the nondisclosure agreement infringed on free speech. The district court granted summary judgment in favor of the defendants and denied Harris's motion for summary judgment.

We have reviewed the briefs, the applicable law, and pertinent parts of the record. We have heard the oral arguments of counsel. Summary judgment was properly awarded to the defendants and denied to Harris.

AFFIRMED.